An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
ROBERT S. BECKETT, BAR NO. 3383.

No. 63962

**FILED**

SEP 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER OF REFERRAL TO DISCIPLINARY BOARD*

Counsel for the State of Bar Nevada and attorney Robert S. Beckett have filed a joint petition pursuant to the reporting requirements of SCR 111(4), informing this court that Beckett was convicted, after a trial, of one charge of second-offense DUI in Pahrump Justice Court.[1] Beckett was sentenced to a 45-day jail term, which was suspended for six months on the conditions that Beckett have no further similar violations and complete the other terms of sentencing; required to attend a victim impact panel; and required to complete 75 hours of community service. Beckett self-reported his conviction to the state bar. The petition notes that Beckett "successfully completed the terms of sentencing," has been sober since shortly after the arrest giving rise to the instant conviction, and is "an active participant in his sobriety plan." Because the crime is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

---

[1]A second charge of failing to surrender driver's license to a police officer on demand was dismissed. The petition also indicates that Beckett's appeal of the DUI conviction was dismissed by the district court.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29065

SCR 111(4) provides, in pertinent part:

> Upon being advised that an attorney subject to the disciplinary jurisdiction of the supreme court has been convicted of a misdemeanor involving the use of alcohol or a controlled substance and the offense is not the attorney's first such offense, bar counsel shall investigate and present the matter to the appropriate panel of the disciplinary board prior to the filing of the petition. The petition shall be accompanied by the panel's recommendation regarding the appropriate disciplinary action, if any, to be imposed under these or any other rules of the supreme court that pertain to the conduct of attorneys.

The petition indicates that a screening panel of the Southern Nevada Disciplinary Board "reviewed this matter and directed that it proceed to a formal hearing and be consolidated with any other pending formal hearing matters" involving Beckett. We approve the panel's recommendation to the extent that we refer this matter to the appropriate panel of the state bar disciplinary board for consolidation with any other matters involving Beckett and determination of the discipline, if any, to impose. We decline to impose a temporary suspension at this time.

It is so ORDERED.[2]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[2]This order constitutes our final disposition of this matter. Any further proceedings concerning Beckett shall be docketed as a new matter.

cc: Chair, Southern Nevada Disciplinary Board
Bar Counsel, State Bar of Nevada
Michael J. Warhola, LLC
Kimberly K. Farmer, Executive Director, State Bar of Nevada

SUPREME COURT
OF
NEVADA

(O) 1947A